# Court of Appeals
# of the State of Georgia

ATLANTA, December 31, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0216.  DAVID BRITT v. JANIS MANGUM, WARDEN et al.**

David Britt appeals the trial court's order dismissing his petition for a writ of habeas corpus.  The Supreme Court, however, has appellate jurisdiction over all habeas corpus cases.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4).  This application is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  12/31/2019*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*